E-FILED
Wednesday, 25 July, 2018 11:10:11 AM
Clerk, U.S. District Court, ILCD

CAPES SOKOL
Attorneys at Law



JUL 25 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Sanford J. Boxerman
Direct Dial: 314-505-5470
Direct Facsimile: 314-505-5471
EMAIL: boxerman@capessokol.com

July 23, 2018

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
IRS-RAC
Attn: MailStop 6261, Restitution
333 West Pershing Avenue
Kansas City, MO 64108

RE: Gregg Harwood, Taxpayer ID No. 

Dear IRS-RAC:

I am an attorney representing Gregg Harwood ("Taxpayer"). This letter, and the enclosed checks, are being sent to you pursuant to a Court Judgment entered in *United States of America v. Gregg Harwood*, Cause No. 3:18-cr-30004-SEM-TSH, in the United States District Court for the Central District of Illinois.

Pursuant to the Judgment, enclosed herewith please find four (4) checks drawn on our firm's IOLTA Account and made payable to "United States Treasury". These checks constitute restitution being paid to the IRS by the Taxpayer for the following tax years and in the amounts set forth as follows:

| Check Number | Tax Year | Amount |
|---|---|---|
| 11895 | 2008 | $81,596.00 |
| 11896 | 2009 | $163,040.00 |
| 11897 | 2010 | $107,634.00 |
| 11898 | 2013 | $95,258.00 |

If you have any questions, or require any further information, please do not hesitate to contact me.

Thank you.

Sincerely,
s/ Sanford J. Boxerman

Sanford J. Boxerman

SJB/ab
Enclosures
cc: Clerk, United States District Court Central District of Illinois
Timothy A. Bass, Esq., Assistant United States Attorney

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER



CAPES • SOKOL • GOODMAN • SARACHAN • PC
IOLTA ACCOUNT
7701 FORSYTH BLVD., 12TH FLOOR
ST. LOUIS, MO 63105-1818
314-721-7701




80-1899/810

11895

July 17, 2018

PAY TO THE ORDER OF United States Treasury

$ 81,596.00

Eighty-One Thousand Five Hundred Ninety-Six and 00/100 Dollars

DOLLARS

United States Treasury

VOID AFTER 180 DAYS

CAPES, SOKOL, GOODMAN & SARACHAN, P.C.

MEMO Harwood G/Fed Tax - 2008

AUTHORIZED SIGNATURE

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈011895⑈ ⑆081018998⑆ 15738203⑈

CAPES, SOKOL, GOODMAN & SARACHAN, P.C. IOLTA ACCOUNT

11895

Memo: Harwood G/Fed Tax

CEF-Court Ordered Restitution

100986-5 81,596.00

7/17/18 11895 United States Treasury $81,596.00

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CAPES • SOKOL • GOODMAN • SARACHAN • PC
IOLTA ACCOUNT
7701 FORSYTH BLVD., 12TH FLOOR
ST. LOUIS, MO 63105-1818
314-721-7701

THE BUSINESS BANK OF SAINT LOUIS

80-1899/810

11896

July 17, 2018

PAY TO THE ORDER OF United States Treasury

$ 163,040.00

One Hundred Sixty-Three Thousand Forty and 00/100 Dollars

DOLLARS

United States Treasury

VOID AFTER 180 DAYS
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.

AUTHORIZED SIGNATURE

MEMO Harwood G/Fed Tax - 2009

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈011896⑈ ⑆081018998⑆ 15738203⑈

CAPES, SOKOL, GOODMAN & SARACHAN, P.C. IOLTA ACCOUNT

11896

Memo: Harwood G/Fed Tax

| CEF-Court Ordered Restitution | 100986-5 | 163,040.00 |
|---|---|---|

| 7/17/18 | 11896 | United States Treasury | $163,040.00 |
|---|---|---|---|

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

CAPES • SOKOL • GOODMAN • SARACHAN • PC
IOLTA ACCOUNT
7701 FORSYTH BLVD., 12TH FLOOR
ST. LOUIS, MO 63105-1818
314-721-7701

THE BUSINESS BANK OF SAINT LOUIS

80-1899/810

11897

July 17, 2018

PAY TO THE ORDER OF United States Treasury $ 107,634.00

One Hundred Seven Thousand Six Hundred Thirty-Four and 00/100 Dollars DOLLARS

United States Treasury

VOID AFTER 180 DAYS
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.

AUTHORIZED SIGNATURE

MEMO Harwood G/Fed Tax – 2010

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈011897⑈ ⑆081018998⑆ 15738203⑈

CAPES, SOKOL, GOODMAN & SARACHAN, P.C. IOLTA ACCOUNT 11897

Memo: Harwood G/Fed Tax

| | | |
|---|---|---|
| CEF-Court Ordered Restitution | 100986-5 | 107,634.00 |

| | | | |
|---|---|---|---|
| 7/17/18 | 11897 | United States Treasury | $107,634.00 |

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER



CAPES • SOKOL • GOODMAN • SARACHAN • PC
IOLTA ACCOUNT
7701 FORSYTH BLVD., 12TH FLOOR
ST. LOUIS, MO 63105-1818
314-721-7701

THE BUSINESS BANK OF SAINT LOUIS

80-1899/810

11898

July 17, 2018

PAY TO THE ORDER OF United States Treasury

$ 95,258.00

Ninety-Five Thousand Two Hundred Fifty-Eight and 00/100 Dollars

DOLLARS

United States Treasury

VOID AFTER 180 DAYS
CAPES, SOKOL, GOODMAN & SARACHAN, P.C.

AUTHORIZED SIGNATURE

MEMO Harwood G/Fed Tax – 2013

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈011898⑈ ⑆081018998⑆ 15738203⑈

CAPES, SOKOL, GOODMAN & SARACHAN, P.C. IOLTA ACCOUNT

11898

Memo: Harwood G/Fed Tax

| | | |
|---|---|---|
| CEF-Court Ordered Restitution | 100986-5 | 95,258.00 |

| | | | |
|---|---|---|---|
| 7/17/18 | 11898 | United States Treasury | $95,258.00 |