PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** U.S. Probation Office
600 East Monroe
108 Federal Building
Springfield, Illinois  62701

☒ **Original Notice**
Date: 02/12/2018
By: USPO Michelle L. Cyrus

☒ **Notice of Disposition**
Date: 08/31/2018
By: USPO Michelle L. Cyrus

Defendant: Gregg Harwood
Date of Birth: 1957
SSN: 4833

Case Number: 0753 3:18CR30004-001
Place of Birth: Springfield, Illinois

**Notice of Court Order** (Order Date: 02/06/2018 )

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number  574538590  and/or passport card number _____ to the custody of the U.S. District Court on  February 9, 2018 .

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court