# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | COURT NO. 18-30004-001 |
| | ) | |
| GREGG HARWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF CRIMINAL JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full as shown in Court financial records, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record regarding monetary penalties with the exception of any asset forfeiture judgments which may have been imposed.

Respectfully submitted,

**JOHN C. MILHISER**
**UNITED STATES ATTORNEY**

s/Hilary W. Frooman
Hilary W. Frooman, Reg. #6180241
Assistant United States Attorney
United States Attorney's Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888
E-Mail: hilary.frooman@usdoj.gov

**CERTIFICATE OF SERVICE**

The following persons were served with a copy of the foregoing electronically or by mailing a copy to:

        Gregg Harwood
        c/oMichael Monico
        Monico & Spevack
        20 S. Clark St., Suite 700
        Chicago, IL 60603

DATE: April 11, 2019

        s/Hilary W. Frooman_____
        Hilary W. Frooman, Reg. #6180241
        Assistant United States Attorney
        United States Attorney's Office
        318 S. 6th Street
        Springfield, Illinois 62701
        Tel: 217-492-4450
        Fax: 217-492-4888
        E-Mail: hilary.frooman@usdoj.gov